751 F.2d 375
 Cardamone (Antoinette R.), Rotondo (Elizabeth), Estate of
Cardamone (Emilio E.)
v.
Turner & Newall, Ltd., Bell Asbestos Mines, Ltd., Brinco
Mining Limited, Asbestos Corporation, Ltd., Candadian
Johns-Manville Asbestos, Ltd., Canadian Johns-Manville
Company, Ltd., Huxley Development Corp., Special Asbestos
Company, Inc., GAF Corporation, Feco, Republic of South
Africa, Turner Asbestos Fibres, Ltd., North American
Asbestos Corp., General Mining and Finance Corporation, Ltd., Etc.
 NO. 83-1861
 United States Court of Appeals,
THIRD CIRCUIT.
 NOV 27, 1984
 
 Appeal From: E.D.Pa.,
 McGlynn, J.
 
 
 1
 AFFIRMED.